UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REID GINTER, et al.,

        Plaintiffs,                       Case No. 1:08-CV-750

v.                                        HON. GORDON J. QUIST

WHIRLPOOL CORPORATION and
WHIRLPOOL CORPORATION GROUP
BENEFIT PLAN,

        Defendants.
                                        /

## **ORDER**

In accordance with the Opinion entered on this date,

**IT IS HEREBY ORDERED** that Defendants' Renewed Motion to Transfer Under the First-To-File Rule (docket no. 52) is **GRANTED**. This case shall be transferred to the United States District Court for the Southern District of Iowa in light of the first-filed action, *Maytag Corporation and Whirlpool Corporation v. United Automobile, Aerospace, and Agricultural Implement Workers of America (UAW)*, *et al.*, No. 4:08-CV-291.

Dated: July 1, 2009                                                     /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE